1054

STACIE C. BERING, ET AL, *Respondents,* v. SHARE,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85-2-00796-9, Willard A. Zellmer, J., entered June 15, 1988. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS
HARTZELL, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 88-1-00099-4, David E. Foscue, J., entered November 17, 1988. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM G.
DEROCHE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87-1-02525-1, Robert H. Peterson, J., entered July 18, 1988. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Reed, J.

HERSCHEL SPARKS, ET AL, *Appellants,* v. DOUGLAS COUNTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Douglas County, No. 88-2-00074-1, Fred Van Sickle, J., entered December 13, 1988. *Reversed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.